UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHAEL MCCLANAHAN, ET AL.**　　　　　　　**CIVIL ACTION**

**VERSUS**

　　　　　　　　　　　　　　　　　　　　　　　　**NO. 17-1720-JWD-RLB**

**SCOTT WILSON, ET AL.**

## ORDER

The scheduling conference set for **March 22, 2018** was **CANCELLED**.

**The deadlines established below are based on the parties' submissions and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **March 30, 2018.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Completed.

    b. **Filing** all discovery motions and **completing** all discovery except experts: **September 21, 2018.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice. If a motion involves written discovery, the motion must also specifically state which requests are being objected to and the basis of each objection.

    c. Disclosure of identities and resumés of experts:

    　　**Plaintiff(s):**　　　October 26, 2018.

    　　**Defendant(s):**　　November 30, 2018.

       d.       Expert reports must be submitted to opposing parties as follows:

           **Plaintiff(s):**       **November 30, 2018.**

           **Defendant(s):**      **December 28, 2018.**

       e.       Discovery from experts must be completed by **January 18, 2019.**

3.       Deadline to file dispositive motions and Daubert motions: **March 18, 2019.**

4.       Deadline to file pre-trial order: **July 8, 2019.**[1]

5.       Deadline to file motions in limine: **August 5, 2019.**

6.       Deadline to file an affidavit of settlement efforts: **August 26, 2019.**

7.       Pre-trial conference date: **July 25, 2019 at 2:30 p.m.** in the chambers of the Honorable John W. deGravelles.

8.       Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **September 20, 2019.**

**The information regarding the Honorable John W. deGravelles' pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

9.       A **3-day jury trial** is scheduled for **9:00 a.m. beginning on October 8, 2019 in Courtroom 1.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties

---

[1] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures.  The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3602 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on March 26, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**