Willian Most (LA No. 36914)  
williammost@gmail.com  
**WILLIAM MOST, L.L.C.**  
201 St. Charles Ave., Ste. 114 #101  
New Orleans, Louisiana 70170  
Tel: 650.465.5023  

Brian E. Lahti (UT No. 16298) *pro hac vice*  
lahti@mvmlegal.com  
**MCNEILL VON MAACK**  
175 South Main Street, Suite 1050  
Salt Lake City, Utah 84111  
Tel: 801.823.6464  

### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL MCCLANAHAN, GARY CHAMBERS, and EUGENE COLLINS,**<br><br>     Plaintiffs,<br><br>v.<br><br>**SCOTT WILSON, and CITY OF BATON ROUGE**<br><br>     Defendants. | Case No.:  17-cv-01720-JWD-RLB |

### PLAINTIFFS FIRST REQUESTS FOR ADMISSIONS

Plaintiffs hereby propound the following Request for Admissions upon Defendant Scott Wilson, pursuant to Fed R. Civ. P. 36 and Local Rule 36(b).  Failure to respond within thirty days of receipt of these requests shall be deemed as admissions.

If a RFA refers to or is in the context of a Metro Council meeting, it is the May 10, 2017, Metro Council meeting unless otherwise specified.

1

**REQUEST FOR ADMISSION No. 1:**

At the May 10, 2017, Metro Council meeting, when Scott Wilson ordered or asked police to take someone out, he meant remove them from the chamber entirely – not just remove them from the podium.

**REQUEST FOR ADMISSION No. 2:**

At the May 10, 2017, Metro Council meeting, Scott Wilson ordered citizens removed shortly after they said the words "Alton Sterling," "Chief Dabadie," or "police department."

**REQUEST FOR ADMISSION No. 3:**

Gary Chambers was only at the microphone for approximately eight seconds at the May 10, 2017, Metro Council meeting, when he mentioned the phrase "police department" and Scott Wilson immediately ordered the police to take him out.

**REQUEST FOR ADMISSION No. 4:**

Eugene Collins was only at the podium for approximately 2.5 seconds at the May 10, 2017, Metro Council meeting, before Scott Wilson ordered police to "take him out."

**REQUEST FOR ADMISSION No. 5:**

Scott Wilson ordered one or more Plaintiffs removed from the May 10, 2017, Metro Council meeting because of what he thought they were going to say.

**REQUEST FOR ADMISSION No. 6:**

Scott Wilson ordered one or more Plaintiffs removed from the May 10, 2017, Metro Council meeting because of what he thought they were going to do.

**REQUEST FOR ADMISSION No. 7:**

As Mayor Pro Tempore of the Metro Council, Scott Wilson ran the May 10, 2017, Metro Council meeting.

**REQUEST FOR ADMISSION No. 8:**

Paragraph 30 of R. Doc. 2 is an accurate transcription of the exchange between Michael McClanahan and Scott Wilson at the May 10, 2017, Metro Council meeting.

**REQUEST FOR ADMISSION No. 9:**

When Michael McClanahan got up to the microphone to speak, Scott Wilson ordered police officers to "take him out" less than one second after he said the words "Alton Sterling."

**REQUEST FOR ADMISSION No. 10:**

When Michael McClanahan got up to the microphone to speak at the May 10, 2017, Metro Council meeting, Scott Wilson ordered police officers to "take him out" less than five seconds after he said the words "Alton Sterling."

**REQUEST FOR ADMISSION No. 11:**

Michael McClanahan had been at the podium for less than a minute before Scott Wilson ordered police officers to "take him out."

**REQUEST FOR ADMISSION No. 12:**

Paragraph 33 of R. Doc. 2 is an accurate transcription of the exchange between Gary Chambers and Scott Wilson at the May 10, 2017, Metro Council meeting.

**REQUEST FOR ADMISSION No. 13:**

Gary Chambers was only at the podium for approximately eight seconds before Scott Wilson ordered him taken out.

**REQUEST FOR ADMISSION No. 14:**

Gary Chambers was at the podium for less than ten seconds before Scott Wilson ordered him taken out.

**REQUEST FOR ADMISSION No. 15:**

When Gary Chambers got up to the microphone to speak at the May 10, 2017, Metro Council meeting, Scott Wilson ordered police officers to "take him out" immediately after he said the words "police department."

**REQUEST FOR ADMISSION No. 16:**

Gary Chambers was arrested on May 10, 2017, for disturbing the peace and resisting arrest.

**REQUEST FOR ADMISSION No. 17:**

At the May 10, 2017, Metro Council meeting, Agenda Item 60 was: "Expressing the opposition of the Metropolitan Council to House Bill 276 filed in the 2017 Session while under officer involved incident investigations."

**REQUEST FOR ADMISSION No. 18:**

At the May 10, 2017, Metro Council meeting, Agenda Item 60 was directly related to the Alton Sterling killing, because the Alton Sterling killing was the "driving force" behind House Bill 276.

**REQUEST FOR ADMISSION No. 19**

House Bill 276 specified how long police officers would have to hire an attorney before they are questioned for an incident involving shooting and seriously injuring or killing someone.

**REQUEST FOR ADMISSION No. 20**

House Bill 276 originally contained a provision about how long an officer should be paid and not paid while on administrative leave for a shooting.

**REQUEST FOR ADMISSION No. 21**

At the May 10, 2017, Metro Council meeting, public comment about Baton Rouge police could be germane to Agenda Item 60.

**REQUEST FOR ADMISSION No. 22**

At the May 10, 2017, Metro Council meeting, public comment about the July 2016 killing of Alton Sterling and administrative leave for the officer who shot him could be germane to Agenda Item 60.

**REQUEST FOR ADMISSION No. 23**

Eugene Collins only got as far as "I oppose this motion because on July…." before Scott Wilson ordered the police to take him out.

**REQUEST FOR ADMISSION No. 24**

Scott Wilson allowed Eugene Collins to speak for only 2.5 seconds before cutting him off and expelling him from the chamber.

**REQUEST FOR ADMISSION No. 25**

Scott Wilson allowed Eugene Collins to speak for less than five seconds before cutting him off and expelling him from the chamber.

Plaintiffs, by and through their counsel,

| | |
|---|---|
| Willian Most (LA No. 36914) | Brian E. Lahti (UT No. 16298) *pro hac vice* |
| williammost@gmail.com | lahti@mvmlegal.com |
| **WILLIAM MOST, L.L.C.** | **MCNEILL VON MAACK** |
| 201 St. Charles Ave., Ste. 114 #101 | 175 South Main Street, Suite 1050 |
| New Orleans, Louisiana 70170 | Salt Lake City, Utah 84111 |
| Tel: 650.465.5023 | Tel: 801.823.6464 |

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, a copy of *Plaintiff's First Requests for Admissions to Scott Wilson* was transmitted to counsel for Defendants by email to DSMorris@brla.gov.

/s/ William Most
WILLIAM MOST