UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL MCCLANAHAN, ET AL. | CIVIL ACTION |
| VERSUS | |
| SCOTT WILSON, ET AL. | NO. 17-1720-JWD-RLB |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Stipulated Motion to Extend the Discovery Deadline (R. Doc. 22) filed on August 17, 2018.  The Court has reviewed the Motion and determined that there is good cause to grant an extension of time, but not to the extent request.  Although the Court appreciates that the parties have amicably conferred regarding discovery, it is also recognized that an ongoing dispute as to what Plaintiff characterizes as the "core question in this case" (R. Doc. 22-1 at 1), be resolved timely so that the Court's other deadlines are maintained. The Court also notes that the anticipated filing of a motion for a protective order by the defense has occurred (R. Doc. 23).  If additional time is still needed upon resolution of that motion, the Court will consider another extension of the applicable deadlines to complete any remaining discovery.

**IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. In accordance with Rule 16(b)(4) of the Federal Rules of Civil Procedure, the deadline for filing all discovery motions and completing all discovery except experts will be concurrent with the deadline to complete expert discovery.  Accordingly, the deadline is extended to **January 18, 2019.**  All other deadlines remain unchanged.

Signed in Baton Rouge, Louisiana, on August 21, 2018.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE