UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MICHAEL MCCLANAHAN, ET AL.

VERSUS

SCOTT WILSON, ET AL.

CIVIL ACTION

NO. 17-1720-JWD-RLB

A pretrial conference was held in the above matter before District Judge John W. deGravelles on July 25, 2019. The participants signed the attached attendance sheet.

For oral reasons assigned, Plaintiffs' motion to strike Defendants' jury demand is GRANTED. (Doc. 32)

A three-day **BENCH** trial is set to begin at **9:00 a.m.** on **Monday, October 8, 2019**, in courtroom 1.

Proposed findings of facts & conclusions of law are due by **September 20, 2019.** An example of the format of proposed findings of facts and conclusions of law can be found on the Court's website.

Motions in limine were due on **August 5, 2019**, and responses are due no later than **August 12, 2019.**

Final will-call witness list and exhibit list shall be filed by **September 17, 2019.**

A Bench book of exhibits (**two (2) copies from each party, (bates numbered)**) shall be filed by **October 1, 2019.** The Joint Exhibit book is also due on **October 1, 2019.** In addition to a bench book, electronic evidence files shall be provided, by each party, on a single storage device such as a CD, DVD, or USB drive to the courtroom deputy seven (7) days prior to trial. These files will be utilized BY THE COURT ONLY for use with the court's Judicial Evidence Recording System (JERS) and will not be provided to an opposing party.

Jury

The electronic evidence files should be provided using the specific format outlined under "JWD Cases, JERS Notice for Trials" located on the court's website.

An Affidavit of Settlement Efforts shall be filed by **August 26, 2019**.

Demonstrative exhibits shall be exchanged **one (1) week** prior to trial so that the Court can rule on any objections before the beginning of trial.

On the Sunday before the Monday of trial, the names of witnesses that will be called to testify on Monday shall be disclosed to opposing counsel by 5:00 p.m. The disclosure of witnesses shall be done by counsel for everyday of trial by 5:00 p.m. or within one hour of the Court concluding for the day, whichever is later. It is not necessary for the order of the witnesses to be disclosed, just the names of the witnesses that will testify.

The parties are ordered to contact Magistrate Judge Bourgeois to schedule a time for a settlement conference.

Signed in Baton Rouge, Louisiana, on July 25, 2019.

Cv 27; T: 1:11

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

3:17-CV-01720-JWD-RLB
MCCLANAHAN ET AL V. WILSON ET AL

THURSDAY, JULY 25, 2019
2:30 P.M.

PRETRIAL CONFERENCE

**PLEASE PRINT**

| NAME | FIRM | REPRESENTING |
|---|---|---|
| William Most | Law Office of William Most | Plaintiffs |
| Amanda Hass | Law Office of William Most | Plaintiffs |
| Candace Ford | Office of the Parish Attorney | Defendants |
| Tedrick Knightshead | " " | " " |
| Davis Rhorer, Jr. | " | Defendants |