UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MICHAEL MCCLANAHAN, ET AL.**          **CIVIL ACTION**

**VS.**

**SCOTT WILSON, ET AL.**          **NO.: 3:17-cv-01720-JWD-RLB**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**DEFENDANTS' INITIAL DISCLOSURES**</u>

**NOW COME,** defendants, City of Baton Rouge/Parish of East Baton Rouge and Scott Wilson who, pursuant to FRCP Rule 26, submit the following as a list of witnesses and documents they intend to utilize at trial:

**1.   <u>DEFENDANTS' WITNESS LIST</u>**:

1. Scott Wilson, will testify regarding the incident;

2. Deputy Chief Jonathan Dunnam, Baton Rouge City Police Department; will testify regarding the incident;

3. Cpl. Garret Sylvan, Baton Rouge City Police Department, will testify regarding the incident;

4. Lt. Murial Hall, Baton Rouge City Police Department; will testify regarding the incident;

5. Michael McClanahan; will testify regarding the incident;

6. Gary Chambers, will testify regarding the incident;

7. Eugene Collins, will testify regarding the incident;

8. Any person necessary to introduce or testify regarding any exhibit or document to be introduced during trial;

9. Any witness necessary to authenticate any exhibit;

10. Any witness needed for impeachment or rebuttal as permitted by the Louisiana Code of Evidence;

11. Any witness listed by any other party in the answer to discovery or pretrial order;

12. Any person identified in discovery, formal or otherwise, and/or who has been deposed;

13. Any witness identified in discovery that may have information relevant to these proceedings; and

14. Any witness listed as a potential witness by any other party

The defendant reserves the right to amend its list of witnesses.

2. **DEFENDANT'S DOCUMENT LIST:**

The defendant will offer the following exhibits at trial:

1. Any depositions taken or that will be taken in this matter;

2. Any and all pleadings in this matter;

3. Any pictures, photographs, videos, surveys and/or diagrams of the area where the incident occurred;

4. A copy of the videos of the relevant Metro Council meetings;

5. Minutes from the relevant Metro Council meetings.

6. Copy of the Baton Rouge Police Department incident report from the arrest of Gary Chambers on May 10, 2017.

7. Propaganda circulated, included but not limited to social media, seeking to shut the May 10, 2017 Metro Council meeting down.

8. Any document produced and/or identified in discovery, formal or otherwise;

9. Any document and/or tangible thing(s) relied upon by any expert testifying in this matter, if retained;

10. Interrogatories and Answers to Interrogatories propounded to and/or by the

plaintiff and/or any defendant in this matter and any other relevant pleading in this matter;

11. Any documents and/or exhibits listed by any other party hereto.

Exhibit authenticity has not been agreed upon.

The defendants reserve the right to amend its list of exhibits.

### 3. DEFENDANTS' EXPERTS:

Defendants have not retained the services of an expert at this time.

### 4. DEFENDANTS' INSURANCE INFORMATION:

City/Parish of East Baton Rouge is self-insured.

### 5. DAMAGES:

Defendants have not committed any violation of law and are not entitled to declaratory relief or the recovery of attorneys' fees.

**By Attorneys:**
**Lea Anne Batson**
**Parish Attorney**

**/s/Deelee S. Morris**
**Deelee S. Morris (#28775)**
**Assistant Parish Attorney**
**Tedrick K. Knightshead (#28851)**
**First Assistant Parish Attorney**
**222 St. Louis Street, 9th Floor**
**Baton Rouge, LA 70802**
**Telephone: (225) 389-3114**
**Facsimile: (225) 389-8736**
**Email: dsmorris@brgov.com**
**Email: tknightshead@brgov.com**

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Initial Disclosures were emailed, faxed and/or mailed this date to any party or counsel by depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 13th day of March, 2018.

/s/ Deelee S. Morris
**DEELEE S. MORRIS**
