UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MICHAEL MCCLANAHN, ET AL**                    **CIVIL ACTION**

**VERSUS**                                      **NO. 3:17-cv-01720-JWD-RLB**

**SCOTT WILSON, ET AL**

## AFFIDAVIT OF SETTLEMENT EFFORTS

NOW COMES, Davis Rhorer, Jr., attorney of record for Defendants, who declares under penalty of perjury that as counsel for Defendants the following is true and correct:

1. My name is Davis Rhorer, Jr. I represent the Defendants, City of Baton Rouge/ East Baton Rouge ("City/Parish") and President Pro Tempore Scott Wilson in his official capacity.

2. The parties have previously conferred and discussed settlement efforts in the above-entitled matter.

3. Plaintiffs conveyed a settlement offer to Defendants on 20 August 2018.

4. The offer was discussed amongst the parties in e-mail, and rejected by Defendants.

5. Plaintiffs conveyed a settlement offer to Defendants on 27 March 2019.

6. Defendants sent a good faith counteroffer on 28 June 2019.

7. Plaintiffs rejected that offer on 28 June 2019 without counter.

8. On 3 September 2019 at 9:30 a.m., all parties shall participate in a settlement conference before the Honorable Richard L. Bourgeois, Jr.

9. Position papers in that conference are due 27 August 2019.

10. Plaintiffs conveyed a settlement offer to Defendants on 20 August 2019.

11. Defendants intend to convey a good faith counteroffer on 27 August 2019.

1

I declare under penalty of perjury that the foregoing is true and correct.

Date:  26 August 2019

                                                  **RESPECTFULLY SUBMITTED:**

                                                  **ANDERSON O. "ANDY" DOTSON, III**
                                                  **PARISH ATTORNEY**

                                                  _____
                                                  **Davis Rhorer, Jr. (#37519)**
                                                  **Assistant Parish Attorney**
                                                  **Tedrick K. Knightshead (#28851)**
                                                  **Sr. Special Assistant Parish Attorney**
                                                  222 St. Louis Street, Suite 902
                                                  Baton Rouge, LA 70802
                                                  Telephone:     (225) 389-3114
                                                  Facsimile:      (225) 389-8736
                                                  Email: DSRhorer@brla.gov
                                                  Email: tknightshead@brla.gov