UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL MCCLANAHAN, ET AL.  CIVIL ACTION

VERSUS

SCOTT WILSON, ET AL.  NO.: 17-1720-JWD-RLB

**ORDER**

CONSIDERING the *Motion in Limine* filed on behalf of Defendant, Scott Wilson, in his official capacity as Mayor Pro Tempore of the City of Baton Rouge, Parish of East Baton Rouge:

**IT IS ORDERED** that plaintiffs be required to introduce Defendant Exhibit 2, 3 and 5 to establish the public comments of May 10, 2017; and

**IT IS FURTHER ORDERED** that Plaintiff Exhibits 22, 23, 24, 25, 26, 27 and 28 E-1 through E-28, with the exception of 28 E-10, are excluded from evidence at trial.

Baton Rouge, Louisiana, this _____ day of _____, 2020.

_____
**HONORABLE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT JUDGE**