**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MICHAEL McCLANAHAN, ET AL.**

**VERSUS**

**SCOTT WILSON, ET AL.**

**CIVIL ACTION**

**NO. 17-1720-JWD-RLB**

**ORDER**

Considering Plaintiffs' *Motion in Limine* and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' *Motion in Limine* is hereby GRANTED.

The Court orders that any and all evidence, references to evidence, testimony, or arguments related to or substantially similar to the following shall be excluded:

1. Defendants' Social Media and News Exhibits (Defendants' Exhibits 11 – 35, 39 – 40, and 52 – 53).

2. Any testimony and documents offered to establish Plaintiffs' intent or motive in attending and speaking at the May 10, 2017 meeting.

3. Any witnesses not listed on Defendant's initial disclosures.

4. Witness Lt. Jonathan Dunnam

5. Lt. Dunnam's text message to Scott Wilson. (Defendants' Exhibit 46.)
.

Signed in Baton Rouge, Louisiana, on this _____ of _____, 2020.

_____