## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| MICHAEL McCLANAHAN, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 17-cv-01720-JWD-RLB |
| SCOTT WILSON, *et al.* | ) | |
| Defendants. | ) | |

### Witness and Exhibit List

NOW INTO COURT, through undersigned counsel, comes Defendant, Scott Wilson, in his official capacity as Mayor Pro Tempore of the City of Baton Rouge, Parish of East Baton Rouge, who, pursuant to Court Order in Doc 113, submits his "final will-call witness list and exhibit list" as follows:

Defendant Wilson's Witness List

Will Call

- Michael McClanahan - deposition excerpts, see Def. Ex. 43, and exhibits referenced in the deposition excerpts.

- Gary Chambers - deposition excerpts, see Def. Ex. 44, and exhibits referenced in the deposition excerpts.

- Eugene Collins - deposition excerpts, see Def. Ex. 45, and exhibits referenced in the deposition excerpts.

May Call

- Michael McClanahan

- Gary Chambers

- Eugene Collins

- Johnny Dunham

**Defendant Wilson's Exhibit List**

| NO. | DESCRIPTION |
|---|---|
| D-1 | Council Video 5/10/17 – Call to Order |
| D-2 | Council Video 5/10/17 – Agenda Item 50 |
| D-3 | Council Video 5/10/17 – Agenda Item 51 |
| D-4 | Council Video 5/10/17 – Agenda Item 59 |
| D-5 | Council Video 5/10/17 – Agenda Item 60 |
| D-6 | Council Agenda 5/10/17 |
| D-7 | Council Agenda 5/10/17 – Item 50 attachments |
| D-8 | Council Agenda 5/10/17 – Agenda Item 51 attachments |
| D-9 | Council Agenda 5/10/17 – Agenda Item 59 attachments |
| D-10 | Council Agenda 5/10/17 – Agenda Item 60 attachments |
| D-11 | Facebook Post 5/9/17 – Chambers (23:02) (See also Deposition Ex. 10) |
| D-12 | Facebook Video 5/9/17 – Chambers (23:02) (See also Deposition Ex. 10) |
| D-13 | Certified Transcript of Exhibit D-12 (See also Deposition Ex. 10) |
| D-14 | Facebook Post 5/9/17 – Chambers (23:13) |
| D-15 | Facebook Post 5/10/17 – Chambers (11:17) |
| D-16 | Facebook Video 5/10/17 – Chambers (11:17) (See also Deposition Ex. 11) |
| D-17 | Certified Transcript of Exhibit D-16 (See also Deposition Ex. 11) |
| D-18 | Facebook Post 5/10/17 – Chambers (11:31) (See also Deposition Ex. 12) |

| D-19 | Facebook Post 5/10/17 – Chambers (13:44) (See also Deposition Ex. 7) |
|------|---------------------------------------------------------------------|
| D-20 | Facebook Post 5/10/17 – Chambers (18:21) |
| D-21 | Facebook Video 5/10/17 – Chambers (18:21) |
| D-22 | Instagram Post 5/9/17 - Chambers |
| D-23 | Facebook Post 5/10/17 – Collins (12:33) (See also Deposition Ex. 3) |
| D-25 | Facebook Post 5/10/17 – NAACP (09:55) from Mike McClanahan (See also Deposition Ex. 13) |
| D-26 | Facebook Video 5/10/17 – Brett Buffington (16:59) |
| D-28 | Facebook Post 5/9/17 – Baton Rouge Organizing (10:04) |
| D-31 | Blog Post 5/10/17 – Rouge Collection |
| D-32 | Blog Post 5/30/17 – Rouge Collection |
| D-33 | News Article 5/10/17 – GBR Business Report |
| D-39 | Instagram Post 5/10/17 – Chambers (See also Deposition Ex. 7) |
| D-40 | Twitter Post 5/9/17 - Chambers |
| D-41 | Council Video 5/25/16 – Agenda Item 13O |
| D-42 | Council Agenda 5/25/16 |
| D-43 | Deposition of Michael McClanahan of January 14, 2019 (Admissible under FRCP 32(a))<br><br>Pages and lines to be admitted:<br>• p. 7 line 16 through p. 31, line 6<br><br>Deposition Exhibits 7 (Def. Ex. 19 and Def. Ex. 39), 8, 9, 10 (Def. Ex. 11, Def. Ex. 12 and Def. Ex. 13) |
| D-44 | Deposition of Gary Chambers of January 14, 2019 (Admissible under FRCP 32(a))<br><br>Pages and lines to be admitted: |

|  |  |
|---|---|
| | • p. 8, lines 10-12<br>• p. 9, lines 11-16<br>• p. 14, lines 21 through p. 15, line 18<br>• p. 21, line 16 through p. 53, line 18<br>• p. 55, line 4 through p. 56, line 12<br>• p. 60, line 6 through p. 61, line 10<br>• p. 62 line, lines 16-21<br>• p. 64, lines 1-12<br>• p. 74, line 2 through p. 76, line 2<br>• p. 76, line 25 through p. 78, line 9<br><br>Deposition Exhibits 7 (Def. Ex. 19 and Def. Ex. 39), 8, 9, 10 (Def. Ex. 11, Def. Ex. 12 and Def. Ex. 13), 11 (Def. Ex. 16 and Def. Ex. 17), 12 (Def. Ex. 18) |
| D-45 | Deposition of Eugene Collins of January 14, 2019 (Admissible under FRCP 32(a))<br><br>Pages and lines to be admitted:<br>1.    p. 8, line 20-22<br>2.    p. 10, lines 19-25<br>3.    p. 14, lines 9-11<br>4.    p. 17, lines 14-22<br>5.    p. 24, lines 11-17<br>6.    p. 27, line 22 through p. 28, line 14<br>7.    p. 29, line 17 through p. 30, line 1<br>8.    p. 32, line 17 through p. 34, line 13<br>9.    p. 56, line 16 through p. 57, line 10<br><br>Deposition Exhibits 1, 2 and 3 (Def. Ex. 23) |
| D-46 | Text Message Correspondence – Lt. Jonathan Dunnam and Scott Wilson only. Others will be deleted from page for final exhibit. |

[There are no defendant exhibits numbered 24, 27, 29, 30, 34 - 38.]

Respectfully submitted:


s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
5551 Corporate Blvd., Suite 101
Baton Rouge, LA 70808
Telephone: (225) 231-1453
Facsimile: (225) 231-1456
Email:  celiacan@bellsouth.net

*Attorney for Defendant, Scott Wilson, in his official
capacity as Mayor Pro Tempore of the City of Baton
Rouge, Parish of East Baton Rouge*