UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL MCCLANAHAN, ET AL.            CIVIL ACTION

VERSUS

SCOTT WILSON, ET AL.            NO.: 17-1720-JWD-RLB

**ORDER**

CONSIDERING the *Supplemental Motion in Limine* filed on behalf of Defendant, Scott Wilson, in his official capacity as Mayor Pro Tempore of the City of Baton Rouge, Parish of East Baton Rouge:

**IT IS ORDERED** that Plaintiffs Exhibit 1 is excluded from use at trial.

Baton Rouge, Louisiana, this _____ day of _____, 2020.

_____
**HONORABLE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT JUDGE**