# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MICHAEL MCCLANAHAN, ET AL.

VERSUS

SCOTT WILSON, ET AL.

CIVIL ACTION

NO. 17-1720-JWD-RLB

A status conference by Zoom Video Conferencing was held in the above matter before District Judge John W. deGravelles on October 15, 2020. Present were William Brock Most, Brian Edwin Lahti and Sarah Chervinsky for Plaintiffs and Celia R. Cangeolis for Defendant, Scott Wilson.

The Court advised counsel that the pending motions will not be resolved before the current trial date. Therefore, the bench trial scheduled for Wednesday, October 21, 2020 is continued and reset for **Wednesday, March 17, 2021 at 9:00 a.m. by Zoom Video Conferencing.**

Counsel for Plaintiff may file a motion to amend the complaint to address the Court's concerns within **fourteen (14) days** of today. After the motion is filed, a briefing schedule will be issued. The Court will address this motion in due course.

The Court granted counsel for Defendant's request to waive the filing not file an affidavit of settlement into the record today as she advised the Court orally on the status of settlement.

Signed in Baton Rouge, Louisiana, on October 16, 2020.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Cv 36; T: 0:10