UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MICHAEL McCLANAHAN, ET AL.**

**VERSUS**

**LAMONT COLE**

CIVIL ACTION

NO. 17-1720-JWD-RLB

### Statement for March 12, 2021 Status Conference

This case is brought against the Baton Rouge Mayor Pro Tem in his official capacity. When Plaintiffs filed their complaint in 2017, Councilmember Scott Wilson held that position. On January 2, 2021, Councilmember Lamont Cole replaced Mr. Wilson as Mayor Pro Tem. Under operation of Rule 25(d), Mr. Cole was automatically substituted as party-defendant for Mr. Wilson at that time. Ms. Cangelosi was aware of change in Mayor Pro Tem, noting in a February 23, 2021 filing that "Scott Wilson's term on the Metro Council ended." R. Doc. 161-1.

But during a phone call on May 10, 2021, Ms. Cangelosi represented the following: (1) her understanding is that her client was still Scott Wilson, (2) she was unaware of the automatic substitution rule set forth in Rule 25(d), and (3) she had never spoken to Mr. Cole.

After the call, however, Ms. Cangelosi emailed undersigned counsel and stated: "William, I understand and agree to your interpretation of Rule 25." Plaintiffs' counsel believed the misunderstanding to be resolved at that time.

But despite her apparent understanding of the party substitution rule, Ms. Cangelosi has continued to hold herself out as "Attorney for Defendant, Scott Wilson, in his official capacity as Mayor Pro Tempore of the City of Baton Rouge, Parish of East Baton Rouge." R. Doc. 180.

Plaintiffs' counsel again attempted to confer with Ms. Cangelosi to clarify that the party defendant in this action is Mr. Cole, in his official capacity, not Mr. Wilson – as her filing suggested. In that conversation, Ms. Cangelosi made clear that her filing was not a mistake, confirming that "Yeah, I filed something on behalf of Scott Wilson today" – but also saying that

1

the "official capacity is my client." Ms. Cangelosi has declined to participate in further conferences with undersigned counsel to clarify.

Plaintiffs have requested a status conference with the Court to establish on the record that the party defendant in this action is Mr. Cole in his official capacity as Mayor Pro Tem. Plaintiffs additionally seek clarification that Ms. Cangelosi represents Mr. Cole in that capacity, and that Mr. Cole in his official capacity will be represented by counsel at trial next week. The practical difference this makes is that certain pre-trial, trial, and post-trial decision must be made in consultation with an attorneys' client, and so for the smooth functioning of trial it is worth making sure all parties are on the same page about this issue in advance of trial.

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST (No. 36914)
Most & Associates
Hope A. Phelps (La. Bar No. 37259)
David Lanser (La. Bar No. 37764)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

BRIAN E. LAHTI
LAHTI HELFGOTT LLC
Utah Bar No. 16298, (PHV)
Tel: (650) 390-4075
Email: blahti@LHlitigation.com