UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL MCCLANAHAN, ET AL. | BENCH TRIAL/ZOOM |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 17-1720-JWD-RLB |
| SCOTT WILSON, ET AL. | |

A **Bench Trial** by Zoom Video Conferencing was held in the above matter before District Judge John W. deGravelles on March 17, 2021. Present were William Brock Most, Brian Edwin Lahti and Hope Ann Phelps for Plaintiffs and Celia R. Cangeolis for Defendant.

Witnesses are sequestered.

Counsel for Plaintiffs presents a brief opening statement.

Counsel for Defendant waives opening statement.

The following witnesses are sworn and testify:

1. **Michael McClanahan,**
2. **Gary Chambers,**
3. **Eugene Collins.**

Exhibits were filed.

Plaintiffs rest.

**Michael McClanahan** returns to the stand and testifies on cross examination by counsel for Defendant.

**Deputy Chief Johnny Dunnam** (John Sherwood Dunnam) is sworn and testifies.

Defendant rests.

Counsel present closing arguments.

Counsel for Defendant indicates that she would like a copy of the transcript prior to filing proposed findings of fact and conclusions of law.

**IT IS ORDERED** that <u>within twenty-one (21) days from the date the transcript is filed into the record,</u> the parties shall file simultaneous proposed findings of fact and conclusions of law. <u>**Fourteen (14) days thereafter**</u>, each side may file a rebuttal brief. **Both submissions should provide citations to specific parts of the record, including transcript pages and exhibits and shall be emailed to the Courtroom deputy in a Microsoft Word document. When referring to video exhibits in briefing, counsel shall cite to the specific beginning and ending times of said video exhibits. An example of the Court's preferred format for proposed findings of facts and conclusions of law is included on this Court's webpage.**

The Court expresses to counsel some of the items that should be addressed in the proposed findings of facts and conclusions of law and states that after the post-trial briefing is complete, the Court may schedule oral argument.

Signed in Baton Rouge, Louisiana, on <u>March 18, 2021.</u>

Reporter:   Gina Delatte-Richard

Cv 6; T: 7:00

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**