# Most & Associates

201 St. Charles Ave. Suite 114 #101 ♦ New Orleans, LA 70170

(504) 509-5023                                                                                            williammost@gmail.com

Judge John W. deGravelles                                                                 October 4, 2022
777 Florida Street, Suite 355
Baton Rouge, LA 70801
Via EM/ECF

Re: *McClanahan v. Wilson,* 17-cv-01720-JWD-RLB

Dear Judge deGravelles,

    On October 7, 2020, the parties held a settlement conference with Judge Bourgeois. Settlement was not reached. Doc. 137.

    On September 27, 2022, you asked the parties to confer about whether they would be interested in holding another settlement conference with Judge Bourgeois. Doc. 207.

    The parties have conferred, and there is not unanimity among them that they desire another settlement conference.

    Thank you for your consideration.

    Very truly yours,

    */s/ William Most*
    William Most

Cc: All Counsel of Record via EM/ECF