**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MICHAEL MCCLANAHAN ET AL.**

**VERSUS**

**SCOTT WILSON ET AL.**

**CIVIL ACTION**

**NO. 17-1720-JWD-SDJ**

# JUDGMENT

For written reasons assigned (Doc. 221),

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiffs Michael McClanahan and Eugene Collins and against Defendant LaMont Cole, substituted for Scott Wilson in his official capacity as Mayor Pro Tempore, on their claims for violations of their First Amendment rights;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Defendant Cole and against Plaintiff Gary Chambers on his claims for violations of his First Amendment rights;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Defendant Cole and against Plaintiffs McClanahan, Chambers, and Collins on Plaintiffs' claims for racial discrimination in violation of the Fourteenth Amendment; and

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that because Plaintiffs McClanahan and Collins have prevailed on their First Amendment claims, they should submit a bill of costs and an application for attorney's fees, with the appropriate documentation, in accordance with Local Rule 54. *See* M.D. La. Civ. R. 54(a), (b).

Signed in Baton Rouge, Louisiana, on September 22, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**