UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL MCCLANAHAN, GARY CHAMBERS, and EUGENE COLLINS,

CIVIL ACTION NO. 3:17-cv-1720 JWD-RLB

v.

SCOTT WILSON, and CITY OF BATON ROUGE

## **NOTICE OF APPEAL**

Defendant, Lamont Cole,[1] substituted for Scott Wilson in his official capacity as Mayor Pro Tempore of the City of Baton Rouge/Parish of East Baton Rouge, defendant in the above named case, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on September 22, 2025 (Doc 222) and Findings of Fact and Conclusions of Law rendered September 22, 2025 (Doc 221), and, as per FRAP 3(c)(4), this appeal to include the appeal of all orders that merge into the designated judgment, including but not limited an appeal of the district court ruling and order of January 28, 2021 (Doc 159) denying a Motion To Dismiss (Doc 121) filed by Defendant.

Signed this 22nd day of October, 2025.

Respectfully Submitted:

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
7914 Wrenwood Blvd., Suite D
Baton Rouge, LA 70809
Telephone: (225) 231-1453
Email:  celiacan@bellsouth.net

---

[1]Brandon Noel is currently mayor pro tempore of the City of Baton Rouge/Parish of East Baton Rouge.

*Attorney for Defendant, Scott Wilson/Lamont Cole/Brandon Noel, in official capacity as Mayor Pro Tempore of the City of Baton Rouge, Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2025, a copy of the foregoing has on this date been served upon all counsel of record via CM/ECF system and has been filed electronically with the Clerk of Court using the CM/ECF system.

s/Celia R. Cangelosi
Celia R. Cangelosi