**TRANSCRIPT ORDER FORM (DKT-13) - <u>READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</u>**

District Court <u>Middle District of Louisiana</u>     District Court Docket No. <u>17-1720</u>

Short Case Title <u>McClanahan v. Noel</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Gina Delatte Richard</u>

Date Notice of Appeal Filed in the District Court <u>10/22/2025</u>     Court of Appeals No. <u>25-30614</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ■Transcript is already on file in the Clerk's Office
   **OR**
   **Check all of the following that apply, include date of the proceeding.**
   This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 3/17/2021 | Trial - on filed as Doc 194 | deGravelles |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds;     ☐Criminal Justice Act Funds **(Enter Authorization-24 via eVoucher)**;
☐Other IFP Funds;     ☐Advance Payment Waived by Reporter;     ☐U.S. Government Funds
■Other _____N/A_____

Signature _Celia R. Cangelosi_     Date Transcript Ordered _Doc 194_
Print Name <u>Celia R. Cangelosi</u>     Phone <u>(225) 231-1453</u>

Counsel for <u>Brandon Noel, in his official capacity as City of Baton Rouge/Parish of East Baton Rouge Mayor Pro Tempore</u>

Address <u>7914 Wrenwood Blvd., Suite D, Baton Rouge, LA 70808</u>

Email of Attorney: <u>celiacan@bellsouth.net</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

   This is to certify that the transcript has been completed and filed at the District Court today.

   Actual Number of Pages _____     Actual Number of Volumes _____

Date _____ Signature of Reporter _____