**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MICHAEL MCCLANAHAN ET AL.**

**CIVIL ACTION**

**VERSUS**

**NO. 17-1720-JWD-SDJ**

**SCOTT WILSON ET AL.**

# JUDGMENT

In accordance with the Fifth Circuit's mandate rendering judgment in favor of Defendant against Plaintiffs,

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment is rendered in this Court in favor of Defendant and against Plaintiffs, dismissing Plaintiffs' claims with prejudice, with each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on November 16, 2026.

**HONORABLE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**